## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**BILLY D. TURNER,**
       **Petitioner,**

**vs.**                                          **3:04cv234/MCR/MD**

**JAMES R. MCDONOUGH,**
       **Respondent.**
_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 31, 2006. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The 28 U.S.C. § 2254 amended petition for writ of habeas corpus (doc. 7) challenging the conviction and sentence in *State of Florida v. Billy D. Turner*, in the Circuit Court of Santa Rosa County, Florida, case number 99-1053-CFA is DENIED, this cause is DISMISSED, and the clerk is directed to close the file.

DONE AND ORDERED this 21st day of December, 2006.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Dockets.Justia.com