IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY D. TURNER,
    Petitioner,

vs.                                                                     3:04cv234/MCR/MD

JAMES R. MCDONOUGH,
    Respondent.
                                         /

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 31, 2006. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The 28 U.S.C. § 2254 amended petition for writ of habeas corpus (doc. 7) challenging the conviction and sentence in _State of Florida v. Billy D. Turner_, in the Circuit Court of Santa Rosa County, Florida, case number 99-1053-CFA is DENIED, this cause is DISMISSED, and the clerk is directed to close the file.

DONE AND ORDERED this 21st day of December, 2006.

                                  _s/ M. Casey Rodgers_
                                  M. CASEY RODGERS
                                  UNITED STATES DISTRICT JUDGE