**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**BILLY D. TURNER,**
    **Petitioner,**

vs.                                     **3:04cv234/MCR/MD**

**JAMES R. MCDONOUGH,**
    **Respondent.**
_____/

**O R D E R**

    **This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 31, 2006. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.**

    **Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.[1]**

    **Accordingly, it is now ORDERED:**

    **1.** **The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

    **2.** **The 28 U.S.C. § 2254 amended petition for writ of habeas corpus (doc. 7) challenging the conviction and sentence in** *State of Florida v. Billy D. Turner*, **in**

---

[1] The previously entered order adopting the report and recommendation was vacated to allow petitioner additional time to file objections. Though petitioner's objection was untimely filed, the court has considered the objection in rendering this decision to adopt the magistrate judge's report and recommendation.

the Circuit Court of Santa Rosa County, Florida, case number 99-1053-CFA is DENIED, this cause is DISMISSED, and the clerk is directed to close the file.

DONE AND ORDERED this 26th day of April, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**