IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY D. TURNER,
    Petitioner,

v.          Case No.  3:04cv234/MCR/MD

JAMES R. MCDONOUGH,
    Respondent.
_____/

**O R D E R**

This cause is before the court upon petitioner's notice of appeal (doc. 64), construed as a motion for certificate of appealability (doc. 65). Unless a certificate of appealability is issued, the petitioner may not take an appeal from the final order denying § 2254 relief. *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

After review of the file, the court concludes that because the petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this Court's April 26, 2007 Order (doc. 62) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on August 31, 2006 (doc. 45), a certificate of appealability will be denied.

Accordingly, it is ORDERED:

Petitioner's motion for certificate of appealability (docs. 64, 65) is DENIED, and no certificate shall issue.

DONE AND ORDERED this 11th day of May, 2007.

                        *s/ M. Casey Rodgers*
                        M. CASEY RODGERS
                        UNITED STATES DISTRICT JUDGE